

A CERTIFIED TRUE COPY

JAN - 3 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED** DEC 1 4 2006

JAN 1 7 2007    FILED
CLERK'S OFFICE

C  06-7106
*DOCKET NO. 1742*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION*

## *(SEE ATTACHED SCHEDULE)*

## *CONDITIONAL TRANSFER ORDER (CTO-27)*

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 288 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

By: _____
Deputy Clerk

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN - 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

76

# SCHEDULE CTO-27 - TAG-ALONG ACTIONS
# DOCKET NO. 1742
# IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #                CASE CAPTION

CALIFORNIA CENTRAL
CAC 2     06-6665       Kristin S. Ealy v. Ortho-McNeil Pharmaceutical, Inc., et al.

CALIFORNIA NORTHERN
CAN 3     06-7106       Judith Green v. Ortho-McNeil Pharmaceutical, Inc., et al.

COLORADO
CO   1    06-2295       Breanne Adams v. Johnson & Johnson, et al.

FLORIDA MIDDLE
FLM 6     06-1723       Beth Klein v. Johnson & Johnson, et al.

GEORGIA SOUTHERN
GAS 4     06-262        Iyeasha Wright v. Johnson & Johnson, et al.

INDIANA SOUTHERN
INS  1    06-1576       Taneesha Johnson v. Ortho-McNeil Pharmaceutical, Inc., et al.

LOUISIANA EASTERN
LAE 2     06-9058       Sharell Cheatham v. Johnson & Johnson, et al.

LOUISIANA MIDDLE
LAM 3     06-871        Erika Howard Stewart v. Johnson & Johnson, et al.

MARYLAND
MD  1     06-2837       Timeka Miller v. Johnson & Johnson, et al.

MICHIGAN WESTERN
MIW 1     06-787        Dominique Falvo v. Johnson & Johnson, et al.

MINNESOTA
MN  0     06-4452       Natasha Williams v. Johnson & Johnson, et al.
MN  0     06-4455       Kizzie Anderson v. Johnson & Johnson, et al.
MN  0     06-4456       Tracy McClain v. Johnson & Johnson, et al.
MN  0     06-4509       Lakisha Hunter v. Johnson & Johnson, et al.
MN  0     06-4535       Deseree Cundiff v. Johnson & Johnson, et al.
MN  0     06-4537       Kristine L. Payne v. Johnson & Johnson, et al.

NORTH CAROLINA WESTERN
NCW 3     06-456        Kathy Honeycutt Earley, etc. v. Ortho-McNeil Pharmaceutical, Inc., et al.

NEW JERSEY
NJ   2    06-3727       Christine Wyatt v. Johnson & Johnson, et al.

NEW YORK EASTERN
NYE 1     06-5946       Lashauna Robinson-Jones v. Ortho-McNeil Pharmaceutical, Inc., et al.
NYE 1     06-6161       Jessica Porter v. Johnson & Johnson, et al.
NYE 2     06-5840       Tobie McGovern, et al. v. Johnson & Johnson, et al.

SCHEDULE CTO-27 - TAG-ALONG ACTIONS (MDL-1742)                    PAGE 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

NEW YORK SOUTHERN
NYS  1   06-13146          Stuart Weichsel, etc. v. Ortho-McNeil Pharmaceutical, Inc., et al.
NYS  1   06-13196          Tah-Nesha Holloman v. Johnson & Johnson, et al.

OKLAHOMA NORTHERN
OKN  4   06-577            Sarah Nagel v. Johnson & Johnson, et al.

OKLAHOMA WESTERN
OKW  5   06-1161           Melissa Davidson-Frey, et al. v. Johnson & Johnson Co., et al.

PENNSYLVANIA MIDDLE
PAM  1   06-2276           Abigail Montes v. Ortho-McNeil Pharmaceutical, Inc., et al.

PENNSYLVANIA WESTERN
PAW  2   06-1535           Danielle L. Grady v. Johnson & Johnson, et al.

SOUTH CAROLINA
SC     5   06-3224         Eartha Hayes v. Johnson & Johnson, et al.

TENNESSEE WESTERN
TNW  2   06-2759           Martinia Irvin v. Johnson & Johnson, et al.

TEXAS SOUTHERN
TXS   4   06-3616          Monafeitha Darbonne v. Johnson & Johnson, et al.

WASHINGTON EASTERN
WAE  2   06-323            Jennifer Davis v. Johnson & Johnson, et al.