CHARLES F. PREUSS (State Bar No. 45783)
BRENDA N. BUONAIUTO (State Bar No. 173919)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., JOHNSON &
JOHNSON, and JOHNSON & JOHNSON PHARMACEUTICAL
RESEARCH & DEVELOPMENT, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| JUDITH GREEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ORTHO-MCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON; JOHNSON & JOHNSON RESEARCH AND DEVELOPMENT, LLC; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:06-CV-7106-SI<br><br>**JOINT REQUEST TO VACATE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

On March 1, 2006, the Judicial Panel on Multidistrict Litigation ("JPML") created MDL 1742, *In re: Ortho Evra Products Liability Litigation*, ruling that all federal actions involving allegations of injury or death from use of the prescription drug Ortho Evra® be centralized for pre-trial purposes in the United States District Court for the Northern District of Ohio, before the Honorable David A. Katz, Case Number 1:06-CV-40000-DAK. To date, over 300 cases have been transferred to MDL 1742, and transfers of additional "tag-along" actions are pending. Defendants requested that this action be deemed a "tag-along" and transferred to MDL No. 1742. On December 14, 2006, the JPML issued Conditional Transfer Order 27 ("CTO-27"), conditionally transferring this action to the MDL. Plaintiff did not oppose and consents to that transfer.

The parties therefore respectfully request that, pending CTO-27 becoming effective and to achieve the judicial economies that underlie 28 U.S.C. Section 1407 (Multi-District Litigation Procedures), this Court vacate the initial Case Management Conference, set for February 23, 2007. For these same reasons, the parties further request that the Court relieve the parties of the obligations to submit ADR Certifications on February 2, 2007 and Case Management Statements, Initial Disclosures, and Rule 26(f) Reports on February 16, 2007.

Dated: January 17, 2007　　　　　LEE J. HOLLIS, ESQ.

/s/ Lee J. Hollis (*pro hac vice*) (as authorized)
THE HOLLIS LAW FIRM PA
Attorneys for Plaintiff
JUDITH GREEN

Dated: January 17, 2007　　　　　DRINKER BIDDLE & REATH LLP

/s/ Brenda N. Buonaiuto
BRENDA N. BUONAIUTO
Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC.,
JOHNSON & JOHNSON, and JOHNSON &
JOHNSON PHARMACEUTICAL RESEARCH
& DEVELOPMENT, L.L.C.

**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA